No. 89–7196. EDGINGTON ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–7242. LUNDSTROM v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–7243. MCLAUGHLIN v. LATESSA. C. A. 1st Cir. Certiorari denied.

No. 89–7244. MINES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–7246. LOVINGOOD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–7247. JORDAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–7252. CLARK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–7254. ELMENDORF v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–7263. WHIRTY v. LATESSA, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION. C. A. 1st Cir. Certiorari denied.

No. 89–7269. RUZZO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7270. GETER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–7283. ZUCKERMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–7303. CASTILLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–7356. WILLIAMS v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 89–1343. DESISTO COLLEGE, INC., ET AL. v. LINE ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE MARSHALL would grant certiorari.